UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re. <br> BRANDON D. FREEMAN, <br>     Plaintiff. | No. C 07-2306 SI (pr) <br> **JUDGMENT** |

    This action is dismissed because the complaint fails to state a claim upon which relief may be granted and because plaintiff failed to exhaust administrative remedies before filing this action.

    IT IS SO ORDERED AND ADJUDGED.

Dated: September 10, 2007        _____
                                                  SUSAN ILLSTON
                                                United States District Judge